**LEWIS C. MULLER/State Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Ste. B2, PMB 357**
**Santee, California 92071**
**Tel: (619) 504-1539**
**Fax: (619 449-9635**
**E-mail: lewmuller@cox.net**

FILED *Ordered Filed. TM*

AUG 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *TM*                          DEPUTY

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 CR 1290 -H |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| v. ) | |
| ) | |
| HECTOR LOPEZ -PARRA ) | |
| ) | |
| Defendant. ) | |

Defendant, _HECTOR LOPEZ - PARRA_, hereby substitutes, Lewis C. Muller,

Attorney at Law, as attorney of record in place and stead of _Federal Defenders_.

The office address and telephone number of the new attorney is:

> Lewis C. Muller
> Attorney at Law
> 9625 Mission Gorge Rd., Ste. B2, PMB 357
> Santee, CA 92071
> Tel: (619) 504-1539/Fax: (619) 449-9635
> E-mail: lewmuller@cox.net

Dated: _7-27-07_

_H. Lopez Parra_
Defendant

-1-

1

I hereby consent to the above substitution.

2

3

Dated: _____          _____

4                                                    Attorney at Law

5

6       I, Lewis C. Muller, hereby accept the above substitution.

7

8    Dated: 7-27-07          _____
                                          LEWIS C. MULLER
9                                         Attorney at Law

10

11      **IT IS SO ORDERED.**

       8-9-07

12

13                             _____
                                          JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

1 | LEWIS C. MULLER/State Bar No. 77525
  | Attorney at Law
2 | 9625 Mission Gorge Road, Ste. B2, PMB 357
  | Santee, California 92071
3 | Tel: (619) 504-1539
  | Fax: (619 449-9635
4 | E-mail: lewmuller@cox.net
5 |
6 | Attorney for Defendant
7 |
8 |                UNITED STATES DISTRICT COURT
9 |              SOUTHERN DISTRICT OF CALIFORNIA
10 | UNITED STATES OF AMERICA,          )   Case No. 07 CR 1290 -H
11 |                     Plaintiff,      )
   |                                     )   SUBSTITUTION OF ATTORNEY
12 |                                     )
   |         v.                          )
13 |                                     )
14 | HECTOR   LOPEZ -PARRA               )
   |                                     )
15 | _____Defendant._____)

16 |
17 |     Defendant, HECTOR LOPEZ - PARRA _____, hereby substitutes, Lewis C. Muller,
18 | Attorney at Law, as attorney of record in place and stead of ___Federal Defenders_____.
19 | The office address and telephone number of the new attorney is:
20 |                     Lewis C. Muller
   |                     Attorney at Law
21 |                     9625 Mission Gorge Rd., Ste. B2, PMB 357
   |                     Santee, CA 92071
22 |                     Tel: (619) 504-1539/Fax: (619) 449-9635
   |                     E-mail: lewmuller@cox.net
23 |
24 |                                         H. Lopez Parra
   | Dated: 7-27-07 _____              _____
25 |                                         Defendant

                              -1-

1    I hereby consent to the above substitution.

2

3    Dated:   7/30/7                        _____
4                                           Attorney at Law

5

6    I, Lewis C. Muller, hereby accept the above substitution.

7

8    Dated:   7-27-07                       _____
                                            LEWIS C. MULLER
9                                           Attorney at Law

10

11   **IT IS SO ORDERED.**

12

13                                          _____
                                            JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

                                    -2-